882 N.E.2d 596 (2008)
John GREEN, respondent,
v.
Steven ROGERS, petitioner.
No. 105852.
Supreme Court of Illinois.
March 26, 2008.
Petition for leave to appeal denied.
*597 In the exercise of this Court's supervisory authority, the Appellate Court, Second District, is directed to vacate its judgment in Green v. Rogers, case No. 2-06-1055 (11/21/07). The appellate court is directed to reconsider its judgment in light of Imperial Apparel, Ltd. v. Cosmo's Designer Direct, Inc., ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___, 2008 WL 351675 (2008) to determine if a different result is warranted.